# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**JOHN DAHLK,**　　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　　　**Petitioner,**

　　　v.　　　　　　　　　　　　　　　　　　　　　08-cv-738-bbc

**JUDY SMITH, Warden,**
**Oshkosh Correctional Institution,**

　　　　　　　**Respondent.**

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

　　　1. Claims 1 and 2 of John G. Dahlk's petition for a writ of habeas corpus are DISMISSED WITH PREJUDICE.

　　　2. Claim 3 of John G. Dahlk's petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.


　　　　　　　　　　　　　　**PETER A. OPPENEER**
_____
　　　　　　　　　　　　　　**Peter A. Oppeneer, Clerk**

　　　　　　　　　　　　　　**Connie A. Korth**　　　　　　　　　　　　　　01/29/09
_____　　_____
　　　　　　　　　　　　　　**by Deputy Clerk**　　　　　　　　　　　　　　　Date